FILED

NOT FOR PUBLICATION

FEB 15 2013

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HECTOR GARCIA,

Defendant - Appellant.

No. 10-10386

D.C. No. 2:07-cr-00235-LDG

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
Lloyd D. George, District Judge, Presiding

Submitted February 11, 2013[**]

Before:    FERNANDEZ, TASHIMA, and WARDLAW, Circuit Judges.

Hector Garcia appeals from the district court's judgment and challenges his

jury-trial conviction and 120-month sentence for coercion and enticement, in

violation of 18 U.S.C. § 2422(b).  Pursuant to *Anders v. California*, 386 U.S. 738

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

(1967), Garcia's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Garcia has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

Garcia's request for appointment of new counsel is **DENIED.**

**AFFIRMED.**